UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

Case No.: 0:23-cv-61678

SAMHITA GERA and DENISH BHAVSAR, derivatively and on behalf of BURGERFI INTERNATIONAL, INC. f/k/a OPES ACQUISITION CORP.,

    Plaintiffs,

v.

OPHIR STERNBERG, JULIO RAMIREZ, IAN H. BAINES, BRYAN MCGUIRE, MICHAEL RABINOVITCH, ALLISON GREENFIELD, MARTHA STEWART, GREGORY MANN, VIVIAN LOPEZBLANCO, ANDREW TAUB, JOSE LUIS CORDOVA VERA, DAVID BRAIN, JAMES ANDERSON, AND MARTHA L. BYORUM

 Defendants,

    and

BURGERFI INTERNATIONAL, INC. f/k/a OPES ACQUISITION CORP.,

    Nominal Defendant.

_____/

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTION**

Plaintiffs, SAMHITA GERA and DENISH BHAVSAR, derivatively and on behalf of BURGERFI INTERNATIONAL, INC. f/k/a OPES ACQUISITION CORP., by and through their undersigned counsel and pursuant to applicable rules of civil procedure and Local Rule

3.8, hereby give notice of the following related action pending in the United States District Court for the Southern District of Florida:

*Walker v. BurgerFi International, Inc., f/k/a Opes Acquisition Corp., et. al.,* Case Number 0:23-cv-60657-AHS, pending before the Honorable Raag Singhal.

Date: September 5, 2023                               Respectfully submitted,


                                                      /s/Jose D. Sosa
                                                      Jose D. Sosa
                                                      Fla. Bar No. 150878
                                                      **THE LAW OFFICE OF JOSE D. SOSA, P.C.**
                                                      1141 Via Jardin
                                                      Palm Beach Gardens, FL 33418
                                                      Telephone: (561) 670-8237
                                                      Email: pepe@pepesosalaw.com
                                                      sosalaw@yahoo.com

                                                      *Counsel for Plaintiff*