## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| SAMHITA GERA and DENISH BHAVSAR, derivatively on behalf of BURGERFI INTERNATIONAL, INC. f/k/a OPES ACQUISITION CORP., <br><br> Plaintiffs, <br><br> v. <br><br> OPHIR STERNBERG, JULIO RAMIREZ, IAN H. BAINES, BRYAN MCGUIRE, MICHAEL RABINOVITCH, ALLISON GREENFIELD, MARTHA STEWART, GREGORY MANN, VIVIAN LOPEZ-BLANCO, ANDREW TAUB, JOSE LUIS CORDOVA VERA, DAVID BRAIN, JAMES ANDERSON, and MARTHA L. BYORUM, <br><br> Defendants, <br><br> and <br><br> BURGERFI INTERNATIONAL, INC. f/k/a OPES ACQUISITION CORP., <br><br> Nominal Defendant. | Case No.  0:23-cv-61678-RS |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE AND [PROPOSED] ORDER

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c), Plaintiffs Samhita Gera and Denish Bhavsar ("Plaintiffs") and Nominal Defendant BurgerFi International, Inc. ("BurgerFi"), by and through their undersigned counsel, stipulate and agree to Plaintiffs' voluntary dismissal without prejudice of this action (the "Action") and state as follows:

WHEREAS, on April 6, 2023, a proposed class action was filed in this District alleging that BurgerFi and certain of its current and former officers had violated the federal securities laws. *See Walker v. BurgerFi International, Inc.,* No. 23-cv-60657-AHS (the "Walker Action");

WHEREAS, on August 30, 2023, Plaintiffs commenced the instant action by filing a Verified Shareholder Derivative Complaint ("Complaint") (D.E. 1) on behalf of Nominal Defendant BurgerFi alleging breach of fiduciary duties and other claims against Defendants and further alleging that such breaches had, *inter alia*, subjected BurgerFi to the Walker Action;

WHEREAS, on September 5, 2023, Plaintiffs filed a Notice of Pending, Refiled, Related or Similar Action (D.E. 12) and identified the Walker Action, which was pending before District Judge Singhal;

WHEREAS, on September 3, 2023, the plaintiffs in the Walker Action voluntarily dismissed the complaint and Judge Singhal subsequently closed the case (*see id.,* D.E.s 37 and 38);

WHEREAS, Plaintiffs have determined, in light of the Walker dismissal, to voluntarily dismiss the Complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

WHEREAS, BurgerFi agrees to the dismissal and none of the Defendants has answered the Complaint or filed a motion for summary judgment;[1]

WHEREAS, the Parties respectfully submit that notice to shareholders of this dismissal pursuant to Federal Rule of Civil Procedure 23.1(c) is unnecessary because: (i) there has been no settlement or compromise between the Parties nor any attempts to seek such; (ii) neither Plaintiffs nor their counsel have received nor will receive any compensation for the dismissal; and (iii) Plaintiffs' dismissal is without prejudice;

---

[1] None of the named Individual Defendants has been served with the Complaint in light of this stipulation.

WHEREAS, the Parties agree to bear their own respective attorneys' fees and costs incurred in connection with this Action;

WHEREAS, a proposed Order is attached at Exhibit A;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c), and subject to Court approval:

1. This Action shall be dismissed in its entirety without prejudice.

2. Each Party shall bear its own respective attorneys' fees and costs.

3. For the reasons stated above, notice of this dismissal shall not be required.

SO STIPULATED.

Dated: September 14, 2023

*/s/Jose D. Sosa*
Jose D. Sosa (FBN 150878)
pepe@pepesosalaw.com
sosalaw@yahoo.com
**LAW OFFICE OF JOSE D. SOSA, P.C.**
1141 Via Jardin
Palm Beach Gardens, FL 33418
Telephone:  (561) 670-8237

Timothy Brown
tbrown@thebrownlawfirm.net
**THE BROWN LAW FIRM, P.C.**
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204

Peretz Bronstein
peretz@bgandg.com
Eitan Kimelman
eitank@bgandg.com
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600

*/s/ Allison Kernisky*
Tracy A. Nichols (FBN 454567)
tracy.nichols@hklaw.com
Stephen P. Warren (FBN 788171)
stephen.warren@hklaw.com
Allison Kernisky (FBN 41160)
allison.kernisky@hklaw.com
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 374-8500
Facsimile:  (305) 789-7799

*Counsel for Nominal Defendant BurgerFi International, Inc. f/k/a Opes Acquisition Corp.*

New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jose D. Sosa*
Jose D. Sosa