UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61678-CIV-SMITH

SAMHITA GERA, *et al.*,

    Plaintiffs,

v.

OPHIR STERNBERG, *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Stipulation of Dismissal Without Prejudice [DE16]. Upon consideration, it is

**ORDERED** that:

1. Plaintiffs' claims against Defendant are **DISMISSED without prejudice.**
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of September 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record